UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Hayes v. General Motors LLC, 14-CV-10023*
*Doup v. General Motors LLC, 15-CV-3592*
*Adams v. General Motors LLC, 15-CV-5528*
*Scruggs v. General Motors LLC, 15-CV-8324*
-----------------------------------------------------------------------------x

14-MD-2543 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

     The Court understands that the parties in the member cases referenced above have settled in principle and that the plaintiffs are therefore not actively litigating their claims at this time. Accordingly, it is ORDERED that the above-entitled actions are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action if any settlement is not consummated. Any motion to reopen shall be filed **within thirty days from (1) the date on which the relevant settlement in principle is terminated by one or more parties or (2) one year from the date of this Order, whichever is earlier.**

     To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Any request to extend the deadline to reopen must be filed as a letter motion on ECF at least 48 hours prior to the deadline.**

     In accordance with the foregoing, the Clerk of Court is directed to close the following member cases:

- *Hayes v. General Motors LLC*, 14-CV-10023

- *Doup v. General Motors LLC*, 15-CV-3592

- *Adams v. General Motors LLC*, 15-CV-5528

- *Scruggs v. General Motors LLC*, 15-CV-8324

     SO ORDERED.

Dated: March 30, 2021
       New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge